McGREGOR W. SCOTT
United States Attorney
MARK E. CULLERS
JONATHAN B. CONKLIN
Assistant U.S. Attorneys
3654 Federal Building
1130 "O" Street
Fresno, California 93721
Telephone (559) 498-7272

FILED

2005 APR 26  P 4 06

CLERK US DIST COURT
EASTERN DIST OF CALIF
AT FRESNO
BY_____
  DEPUTY

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 1 01-cr-05069-OWW |
| ) | |
| Plaintiff, ) | GOVERNMENT'S MOTION AND |
| ) | ORDER TO UNSEAL |
| v  ) | TRANSCRIPT |
| ) | |
| HAGOP VARTANIAN, ) | |
| ) | |
| Defendant ) | |

The United States respectfully moves this Court for an Order to unseal the transcript of the March 17, 2003 chambers conference regarding Juror #7

This motion is necessitated by the filing of the Supplemental Motion for New Trial filed by the defendant on April 21, 2005, wherein he raised the issue about the dismissal of Juror #7

1


| | |
|---|---|
| Dated  April 26, 2005 | Respectfully Submitted, |
| | McGREGOR W. SCOTT<br>United States Attorney |
| | By /s/ MARK E. CULLERS<br>MARK E. CULLERS<br>Assistant U.S. Attorney |

ORDER

IT IS SO ORDERED

Dated  4-26-05

/s/ Oliver W. Wanger
Oliver W. Wanger
U.S. District Judge