| | |
|---|---|
| 1 | McGREGOR W. SCOTT |
|   | United States Attorney |
| 2 | MARK E. CULLERS |
|   | Assistant U.S. Attorney |
| 3 | 3654 Federal Building |
|   | 1130 O Street |
| 4 | Fresno, California  93721 |
|   | Telephone:  (559) 498-7272 |

FILED

2005 JUL 13 P 6:12

CLERK, US DIST COURT
EASTERN DIST OF CALIF
AT FRESNO
BY_____
      DEPUTY

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | 1:01CR05069 |
|---|---|---|
|   | ) |   |
| Plaintiff, | ) | [PROPOSED] ORDER RE: |
|   | ) | AMOUNT OF TAX LOSS |
| v. | ) |   |
|   | ) |   |
| HAGOP VARTANIAN, | ) |   |
|   | ) |   |
| Defendant. | ) |   |
|   | ) |   |

The court hereby finds, as part of its Sentencing Guidelines calculations in the above-entitled case, that the amount of tax loss, pursuant to section 2T4.1 of the 1995 U.S. Sentencing Guidelines for the year 1994 is $25,093 and for the year 1995 is $79,335, for a total tax loss of $104,428, as more fully explained in the oral statement of sentencing decision entered July 7, 2005.

SO ORDERED.

Dated: 7-13-05

_____
Oliver W. Wanger
U.S. District Judge