**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 1:01-cr-5069 OWW |
| | ) | |
| Plaintiff, | ) | ORDER FOR RELEASE PENDING |
| | ) | APPEAL |
| v. | ) | |
| | ) | |
| HAGOP VARTANIAN, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

For the reasons stated in open court on September 28, 2005, on defendant's motion for release pending appeal, the court finds that defendant is not a flight risk, is not a danger to the community and has satisfied the requirements of law to support a finding that substantial questions are raised on appeal, which will not be resolved before service of the full sentence, to justify defendant's release pending appeal.  Defendant's motion is GRANTED.

IT IS ORDERED that the defendant, Hagop Vartanian, may remain on release status on the previously ordered terms and conditions pending the appeal of this matter, and that the
///

1 | surrender date of October 3, 2005, is VACATED.

3 | DATED:   September 29, 2005.

```
                                    /s/ OLIVER W. WANGER
                              _____
                                      Oliver W. Wanger
                              UNITED STATES DISTRICT JUDGE
```