FILED

2005 NOV -4  P 3: 26

CLERK, US DIST. COURT
        ED OF CALIF

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| UNITED STATES OF AMERICA, | Case No. CR-F-01-5069-OWW |
|---|---|
| Plaintiff, | (~~PROPOSED~~) ORDER |
| v. | |
| HAGOP VARTANIAN, | |
| Defendant. | |

Good cause appearing, Court Reporter Peggy Crawford is hereby directed to (1) prepare a transcript of the as yet untranscribed March 17, 2003, in camera proceeding relating to the excusal of a juror in this case; (2) supply such transcript to counsel for defendant and counsel for the United States solely for use in defendant's pending appeal; and (3) file the transcript under seal.

Dated: 11-4-05

The Hon. Oliver W. Wanger
United States District Judge