```
ANTHONY P. CAPOZZI, CSBN 068525
LAW OFFICES OF ANTHONY P. CAPOZZI
1233 W. Shaw Avenue, Suite 102
Fresno, CA  93711
Telephone:  (559) 221-0200
Fax:   (559) 221-7997
E-mail:   capozzilaw@aol.com

Attorney for Defendant,
HAGOP "JACK" VARTANIAN
```

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO

* * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.: CR-F-01-5069 OWW |
|             Plaintiff, | ) STIPULATION AND ORDER REGARDING<br>) PARTIAL EXONERATION OF BOND |
|     vs. | ) |
| HAGOP VARTANIAN, | ) |
|             Defendant. | ) |

/ / /

/ / /

/ / /

PDF created with pdfFactory trial version www.pdffactory.com

1  IT IS HEREBY STIPULATED between the Defendant, HAGOP VARTANIAN,
2 by and through his attorney of record, Anthony P. Capozzi, and
3 Plaintiff, by and through Assistant United States Attorney, Mark E.
4 Cullers, that the following property posted as collateral in the
5 above entitled case be exonerated and re-conveyed to the legal title
6 holders forthwith:

    1.   Natasha Sheveleva, a Single Woman


                                   Respectfully submitted,

Dated: September 27, 2006


                                   ____/s/ Anthony P. Capozzi_____
                                   Anthony P. Capozzi,
                                   Attorney for Defendant,
                                   HAGOP VARTANIAN


Dated: September 27, 2006


                                   ____/s/ Mark E. Cullers_____
                                   Mark E. Cullers,
                                   Assistant United States Attorney









**ORDER**

PDF created with pdfFactory trial version www.pdffactory.com

IT IS HEREBY ORDERED, pursuant to the Stipulation of the parties, that the following properties posted as collateral herein be exonerated and re-conveyed to the following legal title holder as follows:

1.  Natasha Sheveleva, a Single Woman

Dated: October __2__, 2006

                                           _/s/ Oliver W. Wanger_____
                                           HONORABLE OLIVER W. WANGER,
                                           United States District Court Judge