UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

```
UNITED STATES OF AMERICA,      )
                               )   1:01-CR-5069 OWW
                               )
              Plaintiff,       )
                               )
        v.                     )   ORDER TO SURRENDER
                               )
HAGOP VARTANIAN,               )
                               )
                               )
              Defendant.       )
                               )
_____)
```

All appeals in this matter having been exhausted it is ordered that the defendant HAGOP VARTANIAN surrender to the United States Marshal in Fresno, California, or to the designated facility to which he has been assigned, before 2:00 p.m. on November 15, 2007. IT IS SO ORDERED.

**Dated:   October 9, 2007**                      **/s/ Oliver W. Wanger**
                                            UNITED STATES DISTRICT JUDGE