ANTHONY P. CAPOZZI, CSBN 068525
LAW OFFICES OF ANTHONY P. CAPOZZI
1233 W. Shaw Avenue, Suite 102
Fresno, CA 93711
Telephone: (559) 221-0200
Fax: (559) 221-7997
E-mail: capozzilaw@aol.com

Attorney for Defendant,
HAGOP "JACK" VARTANIAN



FILED
JAN 0 2 2008
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO

\* \* \* \* \*

UNITED STATES OF AMERICA,

    Plaintiff,

  vs.

HAGOP VARTANIAN,

    Defendant.

Case No.: CR-F-01-5069 OWW

REQUEST AND ORDER REGARDING EXONERATION OF REMAINING BONDS

The Defendant, HAGOP VARTANIAN by and through his attorney Anthony P. Capozzi, hereby requests that the following properties posted as collateral in the above entitled case be exonerated and re-conveyed to the legal title holders forthwith:

1.    Akob Krkour and Sona Vartanian, husband and wife
     9805 N. Sedona Circle
     Fresno, CA 93720
     Tax parcel # 568 244 31 S
     Deed of Trust in the amount of $160,300.00
     Receipt #198012 – Docket #101

///
///
///

2. Jack Vartanian, a single man
   10725 N. Clear Lake Lane
   Fresno, CA 93720
   Tax parcel #576 255 08 S
   Deed of Trust in the amount of $110,500.00
   Receipt #198014 – Docket #99

3. Pacific Sales and Leasing
   1995 Volkswagen Jetta III
   VIN #3VWRC81H5SM059043
   Amount of $7,830.00
   Receipt #199868 – Docket #133

4. Pacific Sales and Leasing
   2001 Ford Focus
   VIN #1FAFP34331W132217
   Amount of $11,445.00
   Receipt #199867 – Docket #132

This request is based upon the fact that the Defendant, HAGOP VARTANIAN, surrendered to the custody of the Bureau of Prisons in Taft, California, on November 15, 2007.

Dated: January 2, 2008

Respectfully submitted,

_____/s/ Anthony P. Capozzi_____
Anthony P. Capozzi,
Attorney for Defendant,
HAGOP VARTANIAN

## ORDER

IT IS HEREBY ORDERED that all remaining bonds posted in the above entitled matter be exonerated and re-conveyed to the property owners.

Dated: January 2, 2008

It is so ordered,

_____
Hon. OLIVER W. WANGER
United States District Court Judge