IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAGOP VARTANIAN,<br><br>          Petitioner,<br><br>     vs.<br><br>UNITED STATES OF AMERICA,<br><br>          Respondent. | No. CV-F-08-1101 OWW<br>(No. CR-F-01-5069 OWW)<br><br>ORDER DIRECTING UNITED STATES TO RESPOND TO PETITIONER'S MOTION TO VACATE, SET ASIDE OR CORRECT SENTENCE PURSUANT TO 28 U.S.C. § 2255 WITHIN 45 DAYS OF THE FILING DATE OF THIS ORDER |

   On July 31, 2008, Petitioner Hagop Vartanian filed a motion to vacate, set aside or correct sentence pursuant to 28 U.S.C. § 2255.

   Because it cannot be determined from Petitioner's motion that he is not entitled to relief, the United States is ordered to file a response to the motion within 45 days of the filing date of this Order. Petitioner's reply, if any, shall be filed within 30 days thereafter. All further proceedings will be by order of the Court.

1   IT IS SO ORDERED.

2   **Dated:   August 1, 2008**              /s/ Oliver W. Wanger
                                             UNITED STATES DISTRICT JUDGE