McGREGOR W. SCOTT
United States Attorney
MARK E. CULLERS
Assistant U.S. Attorney
4401 Federal Building
2500 Tulare Street
Fresno, CA 93721
Telephone: (559)497-4000

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) CV. NO. 08-1101 OWW |
|---|---|
| | ) CR. NO. 1:01-cr-5069 OWW |
| Plaintiff, | ) |
| | ) MOTION FOR EXTENSION OF TIME TO |
| v. | ) FILE RESPONSE TO MOTION TO |
| | ) VACATE, SET ASIDE OR CORRECT |
| | ) SENTENCE PURSUANT TO 28 U.S.C. |
| | ) § 2255 |
| HAGOP VARTANIAN, | ) |
| | ) |
| Defendant. | ) |

The United States of America, by and through its undersigned counsel, hereby moves for an extension of time in which to file its response to appellant's Motion to Vacate, Set Aside or Correct Sentence pursuant to 28 U.S.C. § 2255.

1

       This motion is based on the attached declaration of Mark E.
Cullers.  The reasons underlying the requested extension are detailed
in the attached declaration of Assistant United States Attorney Mark
E. Cullers.

                                    Respectfully submitted,


                                    McGREGOR W. SCOTT
                                    United States Attorney


Date: August 5, 2008                ____/mec/_____
                                    By: MARK E. CULLERS
                                    Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br><br><br>HAGOP VARTANIAN,<br><br>  Defendant. | CV. NO. 08-1101 OWW<br>CR. NO. 1:01-cr-5069 OWW<br><br>DECLARATION OF MARK E. CULLERS<br>IN SUPPORT OF MOTION FOR<br>EXTENSION OF TIME TO FILE<br>RESPONSE TO MOTION TO VACATE,<br>SET ASIDE OR CORRECT SENTENCE<br>PURSUANT TO 28 U.S.C. § 2255 |

I, Mark E. Cullers, declare as follows:

1. I am an Assistant United States Attorney for the Eastern District of California and the Chief of the Fresno Office of the Unites States Attorney and the lead prosecutor in this case.

2. On July 31, 2008, I received petitioner's Motion to Vacate, Set Aside or Correct Sentence pursuant to 28 U.S.C. § 2255 in this case. Subsequently, on August 5, 2008, I received the court's Order ordering a response from the government within 45 days, or by September 5, 2008.

3. I would like to file an Opposition to the Motion, however, I will be out of the country for two weeks beginning September 1, 2008 and will not be returning until September 12, 2008 on honeymoon. Given this trip, under the current schedule, I would have to file my Opposition by August 31, 2008, and given my current work schedule, this would not be possible.

///

///

3

1  4.  In light of the above, the United States would request that
2 it have up to and including October 17, 2008, within which to file a
3 response to the defendant's motion.
4  I declare under penalty of perjury that the matters herein as to
5 which I have personal knowledge are true and correct and as to other
6 matters I believe them to be true and correct.
7  Executed at Fresno, California on August 5, 2008.

```
                                  /MEC/
                              MARK E. CULLERS
                              Assistant U.S. Attorney
```

4

```
McGREGOR W. SCOTT
United States Attorney
MARK E. CULLERS
Assistant U.S. Attorney
4401 Federal Building
2500 Tulare Street
Fresno, CA 93721
Telephone: (559)497-4000
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>HAGOP VARTANIAN,<br><br>　　　　Defendant. | CV. NO. 08-1101 OWW<br>CR. NO. 1:01-cr-5069 OWW<br><br>ORDER FOR<br>MOTION FOR EXTENSION OF TIME TO<br>FILE RESPONSE TO MOTION TO<br>VACATE, SET ASIDE OR CORRECT<br>SENTENCE PURSUANT TO 28 U.S.C.<br>§ 2255 |

　　For good cause as established in the government's motion for an extension of time;

　　IT IS HEREBY ORDERED, that the government may have until October 17, 2008, to respond to the defendant's petition in this matter.

DATED: August 7, 2008　　　　　　/s/ OLIVER W. WANGER
　　　　　　　　　　　　　　　　　OLIVER W. WANGER
　　　　　　　　　　　　　　　　　U.S. District Court Judge